IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POGOTEC, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. _____ |
| | ) |
| OPKIX, INC. and B8TA, INC., | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff PogoTec, Inc. states that it has no parent corporation and that no publicly held corporation owns ten percent or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeffrey J. Lyons (#6437)
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jlyons@mnat.com

*Attorneys for Plaintiff*

OF COUNSEL:

James E. Schutz
Puja Patel Lea
Haden Marrs
TROUTMAN SANDERS
600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
(404) 885-3000

November 20, 2019